# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ALVOGEN, INC., ALVOGEN PB RESEARCH AND DEVELOPMENT LLC, and ALVOGEN MALTA OPERATIONS LTD.,

   *Plaintiffs*,

 v.

XAVIER BECERRA,
Secretary of Health and Human Services,

JANET WOODCOCK, M.D.,
Acting Commissioner of Food and Drugs,

 and

UNITED STATES FOOD AND DRUG ADMINISTRATION,

   *Defendants*,

 and

TEVA PHARMACEUTICALS USA, INC.

   *Intervenor-Defendant.*

Civil Action No. 21-672-ABJ

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Alvogen, Inc., Alvogen PB Research and Development LLC, and Alvogen Malta Operations Ltd., by and through undersigned counsel, hereby gives notice of their voluntary dismissal of this case without prejudice.

Defendants have not answered or moved for summary judgment.

Dated: May 19, 2021

Respectfully submitted,

/s/ *Chad A. Landmon*
Chad A. Landmon (DC Bar No. 990347)
AXINN, VELTROP & HARKRIDER LLP
90 State House Square
Hartford, CT 06103
T: (860) 275-8100
F: (860) 275-8101
clandmon@axinn.com

Aziz Burgy (DC Bar No. 483517)
Christopher M. Gallo (DC Bar No. 1030598)
AXINN, VELTROP & HARKRIDER LLP
950 F Street NW, 7th Floor
Washington, DC 20004
T: (202) 912-4700
F: (202) 912-4701
aburgy@axinn.com
cgallo@axinn.com

*Attorneys for Plaintiffs Alvogen, Inc., Alvogen PB Research and Development LLC, and Alvogen Malta Operations Ltd.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on May 19, 2021 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system.

*/s/ Chad A. Landmon*
Chad A. Landmon (DC Bar No. 990347)